## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 243 | **DATE** | 3/17/2008 |
| **CASE TITLE** | Perez vs. WL Ross & Co. | | |

**DOCKET ENTRY TEXT**

Status hearing pursuant to Rule 16(b) held with attorneys for plaintiff and defendant W L Ross & Co. Status hearing continued to 4/22/2008 at 9:00 AM. Plaintiff's attorney is directed to notify remaining defendants. All claims against defendant American Home Mortgage Corp., are dismissed without prejudice to refiling upon leave by the Bankruptcy Court.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|

Case 1:08-cv-00243   Document 8   Filed 03/17/2008   Page 1 of 1

08C243 Perez vs. WL Ross & Co.                                                                                      Page 1 of 1